April 20, 2014

Attn: Freedom of Information Department
U.S. District Court
Re: FOIA / Privacy Act Request


Dear Sir this is a request for information regarding Case# 07-785
Lassissi Afolabi.                                           (CL)

I hereby request any information regarding the personal property
taken from my residence at 169 South Clinton Street, East Orange,
NJ 07018. I would like to request that any property taken from
this said residence be returned to my family or to let myself
personally know where these items are.

I am requesting this information in accordance with the Freedom
of Information Act, Title 5 U.S.C 552 and 552A.

I would also like to request a itemized listing of all items
from the aforementioned residence.



                                                    Sincerely


                RECEIVED
                 APR 23 2014                        Lassissi Afolabi
                 AT 8:30                            #288 - 77 - 050
                 WILLIAM T WALSH, CLERK   M         PO Box 2000
                                                    Fort Dix, NJ 08640

⇔28877-050⇔
Lassissi Afolabi
288-77-050
Federal Correctional Institution
P.O BOX 2000
FORT DIX, NJ 08640
United States

RECEIVED
APR 23 2014
WILLIAM T. WALSH, CLERK

"Legal Mail"

0710235519

⇔28877-050⇔
Clerk U S Courthouse
50 Walnut ST
Newark, NJ 07102
United States